IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Eugenio Guardiola-Ramirez, | ) | |
| | ) | C.A. No.: 4:08-00373-RBH |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| Federal Bureau of Prisons, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Thomas E. Rogers, III, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

On August 8, 2008, petitioner filed a change of address with the court stating that he was being transferred to the half-way house program until February 19, 2009, and to forward his mail to him at the address he was providing in Puerto Rico. Further, petitioner also filed a document on August 11, 2008, entitled "Motion to Inform" in which he requests that the court order his "immediate transfer to

1

the half-way house in Puerto Rico." (Doc. # 24).    Based on the documents filed with the court, it appeared petitioner had received the relief he was seeking, release to a half-way house in Puerto Rico. Therefore, the Magistrate Judge issued an order on January 13, 2009, giving the parties ten (10) days from the date of that order to inform the court as to why this action should not be deemed moot. Within said order, the parties were instructed that if a response in opposition to finding this action now moot was not filed within ten (10) days of the date of said order, a report and recommendation would be entered recommending that this petition be dismissed as moot. No response was filed by the petitioner. The Report and Recommendation was filed on February 2, 2009 [Doc. #30].

No objections to the Report and Recommendation were filed. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Rogers' Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that the petition is hereby **DISMISSED** as moot. **IT IS FURTHER ORDERED** that all outstanding motions are deemed **MOOT**.

**IT IS SO ORDERED.**

                                           s/ R. Bryan Harwell
                                           R. Bryan Harwell
                                           United States District Judge

Florence, South Carolina
February 23, 2009